UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN T. ORGAN, III                                                                         PLAINTIFF

V.                              4:17CV00721 BRW-JTR

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,**
**performing the duties and functions not reserved**
**to the Commissioner of Social Security**                                          DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED, this 10th day of December, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE