UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN T. ORGAN, III                                                                                         PLAINTIFF

V.                                  NO. 4:17CV00721 BRW-JTR

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,**
**performing the duties and functions not reserved**
**to the Commissioner of Social Security**                                        DEFENDANT

## JUDGMENT

Based on today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED, this 10th day of December, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE